```
freedom mortgage
Po box 619063
Dallas , Tx 75261
```